AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

## UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED ___ ENTERED
___ LODGED ___ RECEIVED

FEB 0 5 2015

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>Up to $240,834.26 in Bank of America account number 003935250919, held in the name JADM Inc. | Case No. **14-2798 TJS** |

### WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____Maryland_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

Up to $240,834.26 in Bank of America account number 003935250919, held in the name JADM Inc.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

YOU ARE COMMANDED to execute this warrant and seize the property on or before   **December 17, 2014**
                                                                                 *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
   _____Any United States Magistrate Judge_____   .
           *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  **December 3, 2014**
                       **11:49 am**                              _____/s/_____
                                                                   *Judge's signature*

City and state:  **Baltimore, MD**                     Timothy J. Sullivan, United States Magistrate Judge
                                                              *Printed name and title*

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: **14-2798 TJS** | Date and time warrant executed: 12/4/14 10:07am | Copy of warrant and inventory left with: Patricia Tulskie A/VP, Bank of America + Served via fax on 12/9/14 to Bank of America |
| Inventory made in the presence of: — | | |

**Inventory of the property taken:**

Bank of America provided Cashier's check # 9495775591, dated 12/9/14, payable to the US Marshals Service in the amount of $15,506.46.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/22/15

*Executing officer's signature*

Jason C Bendel Special Agent
*Printed name and title*